UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

THOMAS J. LORD,

    Plaintiff,

v.

CAPSTONE SURGICAL TECHNOLOGIES, LLC,

    Defendant.

Case No. 21-CV-1381-JPS

**ORDER**

---

On November 23, 2022, Plaintiff and Defendant signed, and on November 29, 2022, filed, a stipulation of dismissal of the action with prejudice and without costs. ECF No. 30. The Court will adopt the parties' stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal, ECF No. 30, be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs as to all parties.

Dated at Milwaukee, Wisconsin, this 30th day of November, 2022.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge